Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |
|---|---|
| ~~BHADANI TIWARI~~ ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> *(Write the full name of each plaintiff who is filing this complaint.* ) <br> *If the names of all the plaintiffs cannot fit in the space above,* ) <br> *please write "see attached" in the space and attach an additional* ) <br> *page with the full list of names.)* ) <br> ① Colorado Housing Authority ) <br> ② WalMart ⑤ FedEx ) <br> ③ Target ⑥ Cricket Mobile ) <br> ④ McDonalds ) <br> *Defendant(s)* ) <br> *(Write the full name of each defendant who is being sued. If the* ) <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names. Do not include addresses here.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No <br><br> **FILED** <br> **UNITED STATES DISTRICT COURT** <br> **DENVER, COLORADO** <br> **4/24/2018** <br> **JEFFREY P. COLWELL, CLERK** |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — BHAWANI TIWARI

Address — 4068 E. Mississippi Ave.

Aurora     *City*     CO.     *State*     80012     *Zip Code*

County — ARAPAHOE

Telephone Number — 720-297-8740

E-Mail Address — indypoto@gmail.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — WalMart Corporation

Job or Title *(if known)* —

Address — Not able to Access info Due to online interference

*City*     *State*     *Zip Code*

County —

Telephone Number —

E-Mail Address *(if known)* —

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

Name — Target Corp.

Job or Title *(if known)* —

Address — Online Internet Obstructing

*City*     *State*     *Zip Code*

County —

Telephone Number —

E-Mail Address *(if known)* —

☐ Individual capacity     ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

*Online Internet Obstruction*

Name · _McDonalds Corp_

Job or Title *(if known)*

Address

_____ _____ _____
*City*      *State*      *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

Name · _At&T / Cricket Mobile_

Job or Title *(if known)*

Address

_____ _____ _____
*City*      *State*      *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

*Defendant 5 Colorado Housing Authority 1981 Blake St. Denver, Co 80202*

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Violations of Privacies. Obstruction to fair + just treatments*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? *Violations of Privacy. Obstruction of just fair treatments*

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Violations of Privacy. Obstruction of fair + just Treatments.*

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

*At each business, as attempted to access fair treatment. Obstruction of my Consumers Rights.*

B.    What date and approximate time did the events giving rise to your claim(s) occur?

*Here in Colorado 08/14 to Present Time + Prior Violations online in Housing Searches.*

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*Kindly See all above answers.*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Injuries both from Harrasment on the Roadways. Injuries, Psychological from daily violations and alienation.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The Court ought to Re-instate My Rights as Violated. In addition Compensate my Rights as per the various collaboration of businesses and in appearance to Law Enforcement as same violations and alienation.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    04/20/2018

Signature of Plaintiff

Printed Name of Plaintiff    BHADANI   LWANI

### B.     For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| City | State | Zip Code |
|------|-------|----------|

Telephone Number    _____

E-mail Address    _____



# Acknowledgment by Individual

State of Colorado    County of Arapahoe

On this 20th day of April , 20 18 . before me, Lamberto Robles Cardenas
Name of Notary Public

the undersigned Notary Public, personally appeared
Bhavani Tiwari

Name of Signer(s)

○ Proved to me on the oath of _____
○ Personally known to me
◉ Proved to me on the basis of satisfactory evidence FL DL T600-060-59 - 584-0
(Description of ID)

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she/they executed it.

WITNESS my hand and official seal.

LAMBERTO ROBLES CARDENAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174001296
MY COMMISSION EXPIRES JANUARY 10, 2021

Notary Seal

(Signature of Notary Public)

My commission expires January 10, 2021

Optional: *A thumbprint is only needed if state statutes require a thumbprint.*

Right Thumbprint of Signer

Top of thumb here

**For Bank Purposes Only**
**Description of Attached Document**

Type or Title of Document
United States District Court Complaint for Violation of Civil Rights

Document Date    Number of Pages
4/20/2018         6

Signer(s) Other Than Named Above

DSG5350 (Rev 02 - 05/17)



FO01-00000DSG5350-01

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT

for the

District of

Division

| | |
|---|---|
| ~~Bhavani Tiwari~~ ) | Case No. _____ |
| **Plaintiff(s)** ) | _(to be filled in by the Clerk's Office)_ |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | |
| *please write "see attached" in the space and attach an additional* ) | Jury Trial: *(check one)*  ☒ Yes ☐ No |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| **Defendant(s)** ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                     BHAVANI TIWARI

Street Address           14008 E Mississippi Ave

City and County          Aurora, Arapahoe

State and Zip Code       Co          80012

Telephone Number         720-297-8760

E-mail Address           inty??@gmail.com

Page 1 of 5



**IMMUNOLOGY**
**EDUCATIONAL**
**INSTITUTE OF**
**NEW ENGLAND**

Defendants Continue here:

Additional Companies file Lawsuit Against As follows:

1) Walmart
2) Target
3) McDonalds
4) FeDEX
5) AT&T — Cricket Mobile Co.
6) Colorado Housing Authority

04/20/2018

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)* BHARAT TIWARI , is a citizen of the State of *(name)* Co.

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

2.    If the defendant is a corporation

The defendant, *(name)* WalMart Corp. , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

Target
McDonalds
Fed.Ex
Cricket Mobile
AT&T Mobile

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Violations of Privacy. Obstruction of fair treatment*

The plaintiff, *(name)* BHAVANI THODARI , and the defendant, *(name)* _____ , made an agreement or contract on *(date)* _____ . The agreement or contract was *(oral or written)* _____ . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

*Constitutional guarantee of Rights.*

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

*Violations of Rights*

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Violations of Rights. Obstruction of treatment of Justice.*